**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Yiting Shao,

Plaintiff,

v.

The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A",

Defendants.

Case No. 1:26-cv-2555-DAE

Complaint Filed: 09/22/2026

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Yiting Shao ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby voluntarily dismisses this action without prejudice as to the following Defendants:

| **Defendant No.** | **Defendant Name** |
|---|---|
| 2 | aplysia |
| 14 | HANAKOKO |
| 19 | Vetor Beauty |
| 20 | KCTAN Studio |
| 21 | Beauty Project |
| 26 | LOVE BG |
| 28 | Vetor Beauty |
| 44 | KinJade |
| 58 | KCTAN Store |
| 73 | ENM |

Dated: November 9, 2026

Respectfully submitted,

*By: /s/ Mingzi "Marjorie" Ouyang*

Mingzi "Marjorie" Ouyang (SBN 314334)
Valley & Summit Law PC
One Park Plaza, Suite 600
Irvine, CA 92614
marjorie.ouyang@valleysummitlaw.com
(909) 248-4522
*Attorney for Plaintiff Yiting Shao*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: November 9, 2026

Respectfully submitted,

*By: /s/ Mingzi "Marjorie" Ouyang*

Mingzi "Marjorie" Ouyang (SBN 314334)
Valley & Summit Law PC
One Park Plaza, Suite 600
Irvine, CA 92614
marjorie.ouyang@valleysummitlaw.com
(909) 248-4522
*Attorney for Plaintiff Yiting Shao*