IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YITING SHAO, | § | No. 1:26–CV–2555–DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| THE CORPORATIONS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A. | § | |
| | § | |
| *Defendants*. | § | |

ORDER PARTIALLY DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal, filed on November 9, 2026. (Dkt. # 37.) The filing informs the Court that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff seeks to dismiss the following Defendants from this action without prejudice:

| Defendant No. | Defendant Name |
|---|---|
| 2 | aplysia |
| 14 | HANAKOKO |
| 19 | Vetor Beauty |
| 20 | KCTAN Studio |
| 21 | Beauty Project |
| 26 | LOVE BG |
| 28 | Vetor Beauty |
| 44 | KinJade |
| 58 | KCTAN Store |
| 73 | ENM |

(Id. (collectively, "Defendants").) Defendants Beauty Project and KCTAN Studio have a pending Motion to Dismiss for Lack of Personal Jurisdiction and Improper Joinder. (Dkt. # 29.) Defendant Vetor Beauty also has a pending Motion to Dismiss for Failure to State a Claim and Misjoinder Under 35 U.S.C. § 299. (Dkt. # 36.)[1] Lastly, Defendants ENM, HANAKOKO, KinJade, and aplysia have a pending Motion for Extension of Time to File Answer or Otherwise Respond to the Complaint. (Dkt. # 33.) Defendants LOVE BG and KCTAN Store have not entered appearances.

Pursuant to Plaintiff's filing, the Court hereby **ORDERS** that the case against the Defendants who are listed in Plaintiff's Notice of Voluntary Dismissal

---

[1] The Court notes that this filing refers to Defendants KCTAN Studio and Beauty Project in the title rather than Defendant Vetor Beauty. (Dkt. # 36.) This appears to be a typographical error because the substance of the Motion to Dismiss focuses on defendant Vetor Beauty. (Id.)

(Dkt. # 37) be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees. The pending motions discussed herein (Dkts. ## 29, 33, 36) are **DISMISSED AS MOOT**. Plaintiff's claims against the other Defendants listed on Schedule A to the Complaint (Dkt. # 6-1) remain pending.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, November 10, 2026.

________________________________
David Alan Ezra
Senior United States District Judge